UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES W. FORSYTHE, M.D., H.M.D., <br><br>  Plaintiffs, <br> v. <br> RENOWN REGIONAL MEDICAL CENTER, *et al.*, <br><br>  Defendants. | Case No. 3:24-cv-00524-MMD-CLB <br><br> ORDER |

This case was recently filed, and even more recently assigned to me. (ECF Nos. 1, 4.) Before the Court is Plaintiff's motion seeking my recusal. (ECF No. 5 ("Motion").) As further explained below, I will grant the motion and recuse from this case because I agree with Plaintiff that my impartiality could be reasonably questioned were I to preside over it.

I begin my review of Plaintiff's Motion from the "general proposition" that I must participate in cases assigned to me. *United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008). But I should recuse if my "impartiality might reasonably be questioned." *Id.*; *see also* 28 U.S.C. § 455(a). Section 455(a) requires an objective inquiry. *See Holland*, 519 F.3d at 912-14. However, this objective standard "must not be so broadly construed that it becomes, in effect, presumptive, so that recusal is mandated upon the merest unsubstantiated suggestion of personal bias or prejudice." *Id.* at 913 (citation omitted). As to Section 455(b)(1), I must also disqualify myself where I have "a personal bias or prejudice concerning a party[.]" 28 U.S.C. § 455(b)(1). The parties may not waive any basis for disqualification under subsection (b) but, "[w]here the ground for disqualification arises only under subsection (a), waiver may be accepted provided it is preceded by a full disclosure on the record of the basis for disqualification." 28 U.S.C. § 455(e).

1    While I have only a vague recollection about the lawsuit that is referenced in the
2 Motion, given the nature of that lawsuit and the conduct surrounding it, I find that my
3 impartiality might reasonably be questioned were I to preside over this case.
4    It is therefore ordered that Plaintiff's recusal motion (ECF No. 5) is granted.
5    The Clerk of Court is directed to randomly reassign this case to another district
6 judge.
7    DATED THIS 3rd Day of December 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE